**Law Offices of Andy Winchell P.C.**  
45 River Road  
Suite 3, Lower Level  
Summit, NJ 07901

# Invoice

**Invoice #:** PS201780  
**Invoice Date:** 12/30/2016

**Bill To:**

Judith Bagnato  
1 Douglas Street  
Millburn, NJ 07041

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Legal Services | 6/28/2016 | Meet with client re bankruptcy consultation (0.7/NC) | 0 | 395.00 | 0.00 |
| Legal Services | 8/3/2016 | Emails with client re questions about chapter 13 (.2) | 0.2 | 395.00 | 79.00 |
| Legal Services | 8/5/2016 | Email with client re documents received (.3) | 0.3 | 395.00 | 118.50 |
| Legal Services | 8/10/2016 | Emails with client re documents received (.1); telephone conference re same (.1) | 0.2 | 395.00 | 79.00 |
| Paralegal | 8/16/2016 | Receipt and analysis of client intake documents (0.3) | 0.3 | 125.00 | 37.50 |
| Paralegal | 8/17/2016 | Discussion with atty re documents received and client communications (0.2) | 0.2 | 125.00 | 25.00 |
| Legal Services | 8/17/2016 | Confer with KEB re communications with client (.2) | 0.2 | 395.00 | 79.00 |
| Paralegal | 8/19/2016 | Creation of skeleton petition including download and entry of credit report items (0.8) | 0.8 | 125.00 | 100.00 |
| Paralegal | 8/22/2016 | Discussion with atty re retention, unsecured debts, mortgage and missing documents (0.3) | 0.3 | 125.00 | 37.50 |
| Legal Services | 8/22/2016 | Confer with KEB re review of documents for petition (.3) | 0.3 | 395.00 | 118.50 |
| Paralegal | 8/23/2016 | Lengthy phone conversation with client re timing, proof of income, previous filings (0.5), Creation of draft petition and plan (1.2), compile list of missing documents and information (0.2), discussion with atty re same (0.3) | 2.2 | 125.00 | 275.00 |
| Legal Services | 8/23/2016 | Confer extensively with KEB re petition and plan drafting (.3) | 0.3 | 395.00 | 118.50 |

**Total**

**Law Offices of Andy Winchell P.C.**
45 River Road
Suite 3, Lower Level
Summit, NJ 07901

# Invoice

**Invoice #:** PS201780
**Invoice Date:** 12/30/2016

**Bill To:**

Judith Bagnato
1 Douglas Street
Millburn, NJ 07041

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Paralegal | 8/24/2016 | Lengthy discussion with atty re plan structure, payment schedule, spouse income and co-debtor items (0.4), receipt and analysis of income and lease information from client (0.3), completion of rough draft petition and plan (0.8), email and mail same to client with questions and instructions (0.2) | 1.7 | 125.00 | 212.50 |
| Paralegal | 8/25/2016 | Discussion with atty re treatment of leases and spouse income (0.3) | 0.3 | 125.00 | 37.50 |
| Legal Services | 8/25/2016 | Confer with KEB re car leases and petition preparation (.3) | 0.3 | 395.00 | 118.50 |
| Paralegal | 8/29/2016 | Lengthy email conversation with client re timing and trustee payments (0.3), discussion with atty re same (0.2) | 0.5 | 125.00 | 62.50 |
| Legal Services | 8/29/2016 | Telephone conference with client re payment schedule (.1); confer with KEB re same (.2) | 0.3 | 395.00 | 118.50 |
| Paralegal | 8/30/2016 | Income updates to petition draft (0.2) | 0.2 | 125.00 | 25.00 |
| Paralegal | 9/6/2016 | Discussion with atty re client questions and petition timing (0.2) | 0.2 | 125.00 | 25.00 |
| Legal Services | 9/6/2016 | Confer with KEB re petition status (.2) | 0.2 | 395.00 | 79.00 |
| Paralegal | 9/7/2016 | Phone conversation with client re filing, trustee meeting, trustee payments, creditor notices (0.4) | 0.4 | 125.00 | 50.00 |
| Paralegal | 9/8/2016 | In-office meeting with client to discuss filing requirements, petition updates and timing (0.4), updates to petition and plan to prepare for final draft (0.6), discussion with atty re same (0.3) | 1.3 | 125.00 | 162.50 |
| Legal Services | 9/8/2016 | Confer with KEB re revisions to petition and plan (.3) | 0.3 | 395.00 | 118.50 |
| Paralegal | 9/14/2016 | Email conversation with client re trustee payment options (0.1) | 0.1 | 125.00 | 12.50 |

**Total**

**Law Offices of Andy Winchell P.C.**
45 River Road
Suite 3, Lower Level
Summit, NJ 07901

# Invoice

**Invoice #:** PS201780
**Invoice Date:** 12/30/2016

**Bill To:**

Judith Bagnato
1 Douglas Street
Millburn, NJ 07041

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Paralegal | 9/16/2016 | Discussion with atty re client questions and trustee requirements (0.2), email conversation with client re same (0.1) | 0.3 | 125.00 | 37.50 |
| Legal Services | 9/16/2016 | Confer with KEB re questions from client (.2) | 0.2 | 395.00 | 79.00 |
| Paralegal | 9/27/2016 | Phone conversation with client re filing timing and income requirements for same (0.3) | 0.3 | 125.00 | 37.50 |
| Paralegal | 10/3/2016 | Discussion with atty re auto lease status and timing (0.2), Electronic filing of petition, plan and credit counseling (0.3), email of confirmation to client (0.1), discussion with atty re plan (0.3) | 0.9 | 125.00 | 112.50 |
| Paralegal | 10/7/2016 | Discussion with atty re auto lease filed as proof of claim (0.2) | 0.2 | 125.00 | 25.00 |
| Legal Services | 10/7/2016 | Confer with KEB re car lease proof of claim (.2) | 0.2 | 395.00 | 79.00 |
| Paralegal | 10/11/2016 | Phone conversation with client re trustee meeting and confirmation (0.2) | 0.2 | 125.00 | 25.00 |
| Paralegal | 10/12/2016 | Discussion with atty re document requirements for trustee meeting and communications with client (0.3) | 0.3 | 125.00 | 37.50 |
| Legal Services | 10/12/2016 | Confer with KEB re husband's business income and appraisal issues (.3) | 0.3 | 395.00 | 118.50 |
| Paralegal | 10/13/2016 | Phone conversation with trustee's office re electronic payments (0.1), email conversation with client re same (0.2), discussion with atty re proof of income and documentation for meeting (0.3) | 0.6 | 125.00 | 75.00 |
| Legal Services | 10/13/2016 | Confer with KEB re documents for 341 meeting (.3) | 0.3 | 395.00 | 118.50 |
| Paralegal | 10/17/2016 | Discussion with atty re notices to creditors (0.2) | 0.2 | 125.00 | 25.00 |
| Legal Services | 10/17/2016 | Confer with KEB re notices to creditors (.2) | 0.2 | 395.00 | 79.00 |

**Total**

**Law Offices of Andy Winchell P.C.**
45 River Road
Suite 3, Lower Level
Summit, NJ 07901

# Invoice

**Invoice #:** PS201780
**Invoice Date:** 12/30/2016

**Bill To:**

Judith Bagnato
1 Douglas Street
Millburn, NJ 07041

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Paralegal | 10/18/2016 | Phone conversation with client re communication from creditors and secured payments (0.2), discussion with atty re same (0.1) | 0.3 | 125.00 | 37.50 |
| Legal Services | 10/18/2016 | Confer with KEB re Nissan (.1) | 0.1 | 395.00 | 39.50 |
| Paralegal | 10/21/2016 | Discussion with atty re documentation received from client and communications re same (0.3) | 0.3 | 125.00 | 37.50 |
| Legal Services | 10/21/2016 | Confer with KEB re documents for trustee (.3) | 0.3 | 395.00 | 118.50 |
| Paralegal | 10/26/2016 | Submission of client documents to trustee (0.2), discussion with atty re same and proofs of claim (0.3) | 0.5 | 125.00 | 62.50 |
| Legal Services | 10/26/2016 | Confer with KEB re claims and documents for 341 (.3) | 0.3 | 395.00 | 118.50 |
| Legal Services | 11/1/2016 | Emails with client re car lease issues (.3) | 0.3 | 395.00 | 118.50 |
| Paralegal | 11/7/2016 | Discussion with atty re client questions on expenses and trustee payment (0.3) | 0.3 | 125.00 | 37.50 |
| Legal Services | 11/9/2016 | Review email from trustee re 341 meeting (.1); confer with KEB re same (.2) | 0.3 | 395.00 | 118.50 |
| Paralegal | 11/9/2016 | Discussion with atty re trustee additional document requests (0.2) | 0.2 | 125.00 | 25.00 |
| Legal Services | 11/10/2016 | Confer with KEB re trustee comments on 341 documents (.2) | 0.2 | 395.00 | 79.00 |
| Paralegal | 11/10/2016 | Discussion with atty re proof of income documentation (0.2) | 0.2 | 125.00 | 25.00 |
| Paralegal | 11/15/2016 | Phone conversation with client re trustee meeting and proofs of claim (0.2), discussion with atty re same (0.1) | 0.3 | 125.00 | 37.50 |
| Legal Services | 11/15/2016 | Attend 341 meeting (3.2); confer with KEB re communications with client (.2) | 3.4 | 395.00 | 1,343.00 |

**Total**

**Law Offices of Andy Winchell P.C.**  # Invoice

45 River Road  
Suite 3, Lower Level  
Summit, NJ 07901

**Invoice #:** PS201780  
**Invoice Date:** 12/30/2016

**Bill To:**

Judith Bagnato  
1 Douglas Street  
Millburn, NJ 07041

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Paralegal | 11/16/2016 | Discussion with atty re trustee amendment and document requests (0.3), modification of plan to assume auto leases (0.2) | 0.5 | 125.00 | 62.50 |
| Legal Services | 11/17/2016 | Prepare memo re amendments to schedule and plan (0.4) | 0.4 | 395.00 | 158.00 |
| Reimb Group | 8/18/2016 | Credit report download | | 33.00 | 33.00 |
| | 8/24/2016 | Priority Mail petition draft to client | | 6.45 | 6.45 |
| | 9/8/2016 | Priority Mail draft petition to client | | 6.45 | 6.45 |
| | 10/3/2016 | Updated petition for initials to client | | 6.45 | 6.45 |
| | 10/3/2016 | Filing fee Chapter 13 | | 310.00 | 310.00 |
| | 10/6/2016 | Postage mailing of modified plan to creditors | | 2.04 | 2.04 |
| | | Total Reimbursable Expenses | | | 364.39 |

**Total**  $5,721.39